United States District Court
Southern District of Texas
**ENTERED**
April 24, 2019
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| GEORGE KERNER, JR. | § § § | |
| v. | § § | |
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES COPR. HOME EQUITY LOAN TRUST 2006-OP1 AND OCWEN LOAN SERVICING, LLC | § § § § § § | CIVIL ACTION NO. 4:18-cv-04287 |

## ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE

On this day the Court considered the Stipulation of Dismissal Without Prejudice submitted by Plaintiff George Kerner, Jr. and finds that Plaintiff's request has merit and should be **GRANTED.** It is therefore

**ORDERED, ADJUDGED and DECREED** that all claims in the above-entitled and numbered cause that were or could have been asserted by Plaintiff against Defendants be dismissed without prejudice, with costs of court being assessed against the party incurring the same. All relief not expressly granted in this Order is hereby denied.

Signed this **24th** day of April, 2019.

_____
Presiding Judge